Cory Paul Roy
Attorney at Law
P. O. Box 544
Marksville LA 71351

Brandon J. Scott
Attorney at Law
P. O. Box 544
Marksville LA 71351

Benjamin D. James
Roy & Scott
107 North Washington Street
Marksville LA 71351

**REHEARING ACTION: July 20, 2016**

**Docket Number: 16   00128-CW**

**JOHN W. KIRKLIN, ET AL.**
**VERSUS**
**CITY OF ALEXANDRIA, ET AL.**

**Writ Application from Rapides Parish Case No. 229,258**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John W. Kirklin** is:

    **MOTION FOR REHEARING GRANTED.**
    **WRIT GRANTED AND MADE PEREMPTORY.**
    **JUDGMENT OF DISMISSAL  REINSTATED.**

```
Cooks, J. concurs in the granting of the application for
rehearing and in the grant of the writ application; and
dissents from the reinstatement of the judgment of
dismissal. I would remand the case in the interest of
justice to allow plaintiff to present evidence of his
mental status during the relevant time period and for
further proceedings following all parties' relevant
submissions.
```

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

cc: H. Bradford Calvit, Counsel for the Applicant
    Eli J. Meaux, Counsel for the Applicant
    Cory Paul Roy, Counsel for  the Respondent
    Brandon J. Scott, Counsel for  the Respondent